| | |
|---|---|
| **From:** | King, Sherri |
| **Sent:** | Tuesday, September 05, 2017 11:12 AM |
| **To:** | Claim Services Requests |
| **Cc:** | King, Sherri |
| **Subject:** | 72347.013851 RH overnight request |
| **Attachments:** | image001.jpg; image002.png; image003.png; image004.png |

Good Morning !

Please issue a partial building indemnity check in the amount of $50,000 payable to:

Property Risk Services Management

Please overnight to:

458 Scenic Ranch Circle
Fairview TX 75069

Memo: advance



**Sherri King**
**Claim Examiner**
State Auto Insurance Companies
Phone: 6149174975 | Fax: 614.887.1679 | Sherri.King@StateAuto.com

Email | Website    

EXHIBIT 5                                ROCKHILL000105