UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| SCOTTSBURG HOSPITALITY CORP. § | | |
| dba SHC MOTEL 6 VICTORIA § | | |
| *Plaintiff* § | | |
| § | | |
| v. § | Civil Action No. 6:18-cv-38 | |
| § | | |
| ROCKHILL INSURANCE § | | |
| COMPANY § | | |
| *Defendant* § | | |

## ORDER DENYING ROCKHILL'S MOTION TO QUASH AND FOR PROTECTIVE ORDER

The Court has considered Defendant's objections, motion to quash, and for protective order (Dkt. 17), Plaintiff's response, and the papers on file. The motions are DENIED. It is therefore

ORDERED that no later than 14 days after the date of this Order, Rockhill produce for deposition (1) Sherri King, in her individual capacity, and (2) in accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, a corporate representative on topics 1, 2, 3, 4, 5, 6, 7, 8, 9, and 11. It is further

ORDERED that Rockhill's objections to the topics noted above are OVERRULED.

Signed this _____ day of _____, 2019.

_____
KENNETH M. HOYT
UNITED STATES MAGISTRATE JUDGE