United States District Court
Southern District of Texas
**ENTERED**
March 18, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| SCOTTSBURG HOSPITALITY CORP. dba SHC MOTEL 6 VICTORIA<br>*Plaintiff*<br><br>v.<br><br>ROCKHILL INSURANCE COMPANY<br>*Rockhill* | § § § § § § § § § § | Civil Action No. 6:18-cv-38 |

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL

The Court has considered the motion to compel production of documents and interrogatory responses filed by Plaintiff (Dkt. 20), Rockhill's responses, and the papers on file. The Court finds that the motion should be GRANTED. It is therefore

**ORDERED** that Rockhill is compelled to produce, within 7 days of this Court's order, all documents responsive to the following requests for production (RFP), as fully requested in Exhibit 1 to Plaintiff's motion to compel:

- **RFP 2** (underwriting files referring or relating in any way to the Policy or the Insured Location, including the file folders in which the underwriting documents are kept and drafts of all documents in the file);
- **RFP 5** (written procedures or policies that pertain to the handling of wind claims in Texas from August 1, 2015 to the present)
- **RFP 15** (internal newsletters, bulletins, publications and memoranda relating to policies and procedures for handling Texas wind claims that were issued from August 1, 2015 to the present)
- **RFP 19** (documents, manuals, and training materials for adjusters in effect August 1, 2015 to the present)
- **RFP 24** (managerial bonus or incentive plan for managers responsible for windstorm claims in effect for the time period August 1, 2015 to the present)
- **RFP 25** (bonus or incentive plan for adjusters in effect for the time period August 1, 2015 to the present)
- **RFP 26** (criteria and procedures for the selection and retention of independent adjusters and engineers handling, wind claims in Texas from August 1, 2015 to the present)

- **RFP 32** (written procedures, policies, manuals, guidelines, risk classifications and rules that pertain to underwriting and to evaluating condition of properties prior to issuance or renewal of insurance policies)
- **RFP 33** (procedures, policies, manuals, guidelines, risk classifications and rules in effect as of August 26, 2017, and that pertain to underwriting and to evaluating condition of properties, prior to issuance or renewal of insurance policies) and
- **RFP 35** (communications between you and any third party hired to perform underwriting at the Insured Locations or pursuant to the Policy).

It is further ORDERED that Rockhill produce verified answers to interrogatories 8 and 15 as contained in Plaintiff's Exhibit 1. It is further

**ORDERED** that Rockhill's objections to the RFPs and interrogatories noted above are **OVERRULED.**

It is so ORDERED.

SIGNED on this 18th day of March, 2019.

Kenneth M. Hoyt
United States District Judge